

**SO ORDERED,**

*Selene Maddox*

**Judge Selene D. Maddox**

**United States Bankruptcy Judge**

**The Order of the Court is set forth below. The case docket reflects the date entered.**

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI

IN RE:                                                              **CHAPTER 13 CASE NO:**
**TED ANDERSON**                                                    **24-12585-SDM**
xxx-xx-3437

### AMENDED ORDER DIRECTING EMPLOYER TO WITHHOLD DEDUCTIONS FROM PAY AND DIRECTING PAYMENT TO CHAPTER 13 TRUSTEE

The above-named Debtor(s) filed a Chapter 13 Petition on 08/27/2024, which subjects all of the Debtor's wages, salary, or commissions to the jurisdiction of the Court while this case is pending. The employer of the Debtor is subject to orders from this Court directing the employer to withhold and remit a certain amount of the Debtor's wages to the Chapter 13 Trustee pursuant to 11 U.S.C. § 1325(c) in order to fund the Chapter 13 plan.

IT IS THEREFORE ORDERED, that the employer of the Debtor, identified below, is hereby directed to pay to the Chapter 13 Trustee the sum of **$2031.00 MONTHLY** commencing the next pay period following receipt of this Order.

**HOLMES COUNTY CONSOLIDATED SCHOOLS**
**ATTN PAYROLL / GARNISHMENTS**
**PO BOX 630**
**LEXINGTON, MS 39095**

IT IS FURTHER ORDERED, that HOLMES COUNTY CONSOLIDATED SCHOOLS is hereby directed to withhold said sum from the Debtor's wages, after deducting the amount necessary to pay withholding and Social Security taxes, pensions, union dues (if any), retirement contributions, or child support deductions, and to remit said sum to:

| REMITTANCE BY CHECK | REMITTANCE BY ELECTRONIC PAYMENT |
| --- | --- |
| Locke D. Barkley, Chapter 13 Trustee | TFS EMPLOYER PAY |
| P.O. Box 1859 | https://www.tfsbillpay.com/employer |
| Memphis, TN 38101 | TFS Bill Pay: 888-800-0294 |

IT IS FURTHER ORDERED, that HOLMES COUNTY CONSOLIDATED SCHOOLS shall immediately cease and discontinue withholding and remitting any funds to pay any wage garnishments. HOLMES COUNTY CONSOLIDATED SCHOOLS shall withhold and remit said sum to the Chapter 13 Trustee until further order of this Court.

### ##END OF ORDER##

SUBMITTED BY:
Locke D. Barkley
6360 I-55 North, Suite 140
Jackson, MS 39211
(601) 355-6661