MSNB-NCAC (02/07/2024)

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF MISSISSIPPI

In re:   TED ANDERSON                                     Case No.: 24-12585

JUANITA MARIE COLEMAN                          Chapter: 13
*Debtor(s)*

### Notice of Change of Address for Creditor

Capital One Auto Finance, a division of Capital One, N.A.  (Creditor) hereby gives notice of its new address:

**Current Notice Address:**
*(as shown on matrix)*

Capital One Auto Finance, a division of Capital One, N.A. c/o AIS Portfolio Services, LLC

4515 N. Santa Fe Ave. Dept. APS

Oklahoma City, OK 73118

**New Notice Address:**

No Change

**New Payment Address:**
*(if applicable)*

Capital One Auto Finance, a division of Capital One, N.A. c/o AIS Portfolio Services, LLC

PO Box 661381

Dallas, TX 75266-1381

**Proof of Claim Number(s):**
*(if applicable)*

3

**Reason for Change of Address:**
☐ New Loan Servicer[1]
☑ New Location
☐ Other

Prepared By:

Name:   Amit Rohit

Title:   Claims Processor
Phone No.:   888-455-6662

Address:   AIS Portfolio Services LLC

4515 N. Santa Fe Ave. Dept. APS

Oklahoma City, OK 73118

---

[1] Do not use this form when the proof of claim lists the prior servicer as the creditor (owner of the loan). Instead, you must file a transfer of claim to transfer the existing claim to the new servicer.

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF MISSISSIPPI

**In RE:**

TED ANDERSON
JUANITA MARIE COLEMAN

**Debtor(s)**

**Chapter:**   13

**Case Number:** 24-12585

## Certificate of Service

I certify that on 08/12/2026, I caused to be served a true and correct copy of the foregoing document by electronic mail or by first-class mail with postage prepaid on the following:

Via CM / ECF / NEF

Attorney for Debtor
THOMAS C ROLLINS JR
TROLLINS@THEROLLINSFIRM.COM

Trustee
LOCKE D BARKLEY
Ecf_lbarkley13@barkley13.com

/s/ Amit Rohit
Amit Rohit
AIS Portfolio Services, LLC
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118
888-455-6662
ECFNotices@aisinfo.com